**King GRANT-DAVIS, Plaintiff-Appellant,**

v.

**BOARD OF TRUSTEES OF CHARLESTON COUNTY PUBLIC LIBRARY; Charleston, County of, Defendants-Appellees.**

No. 17-2084

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

King Grant-Davis, Appellant Pro Se. Drew Hamilton Butler, Charleston, South Carolina, Carmen Vaughn Ganjehsani, RICHARDSON PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

---

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

King Grant-Davis appeals the district court's order adopting in part the magistrate judge's recommendation and granting summary judgment in Grant-Davis' civil action in favor of the Board of Trustees of Charleston County Public Library and Charleston County. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grant-Davis v. Bd. of Trs. of Charleston Cty. Pub. Library*, No. 2:15-cv-02676-PMD, 2017 WL 3634070 (D.S.C. Aug. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*